```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 14540
   MICHAEL D SMITH
   PATRICIA A SMITH                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7181     SSN XXX-XX-5872
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/15/05 and confirmed on 08/17/05.

2. The case was dismissed after confirmation, 07/20/2007.

3. The Debtor paid a total of $ 8000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE | MORTGAGE ARRE | 4528.25 | .00 | 3828.00 |
| AMERICREDIT FINANCIAL | UNSECURED | 14173.94 | .00 | 1123.33 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY PRACTICE CONSULTA | UNSECURED | 709.60 | .00 | 56.24 |
| FEINGOLD & LEVY | UNSECURED | 1773.86 | .00 | 140.58 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 558.23 | .00 | 44.24 |
| FRED C DAMES FUNERAL HOM | PRIORITY | .00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| OLYMPIA FIELDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY ANESTHESIA AS | UNSECURED | NOT FILED | .00 | .00 |
| GREEN TREE | SECURED | .00 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 233.08 | .00 | 18.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 432.07 | .00 | 34.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 484.68 | .00 | 38.41 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4528.25 | .00 | 18365.46 | .00 | 22893.71 |
| PRINCIPAL PAID | 3828.00 | .00 | 1455.52 | .00 | 5283.52 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3828.00 | .00 | 1455.52 | .00 | 5283.52 |

The Debtor's attorney, RONALD D CUMMINGS          , was allowed $    2700.00 and was paid $    306.00  direct and $   2394.00  through the plan.

The Trustee received $     322.48 .

Refunds to the Debtor totaled $         .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 14540 MICHAEL D SMITH & PATRICIA A SMITH